1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
2 | HOLME ROBERTS & OWEN LLP
3 | 560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
4 | Telephone: (415) 268-2000
Facsimile: (415) 268-1999
5 | Email: matt.jaksa@hro.com

6 | Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG MUSIC
7 | ENTERTAINMENT; LOUD RECORDS LLC;
BMG MUSIC; LAFACE RECORDS LLC;
8 | PRIORITY RECORDS LLC; and UMG
9 | RECORDINGS, INC.

ORIGINAL FILED
SEP 20 2007
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LOUD RECORDS LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,
                Plaintiffs,

v.

JOHN DOE,
                Defendant.

CASE NO. C07-04869 MJJ

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

Certification of Interested Entities or Persons
Case No.
#32519 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:
6   The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
7   UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
8   Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
9   and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
10  France.
11  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
12  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
13  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
14  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
15  Corporation is publicly traded in the U.S.
16  The following companies are parents of, or partners in Plaintiff LOUD RECORDS LLC:
17  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC;Sony Music
18  Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US
19  Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly
20  traded. Sony Corporation is publicly traded in the U.S.
21  The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola
22  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
23  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
24  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
25  Corporation is publicly traded in the U.S.
26  The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
27  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
28  Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba

1

Certification of Interested Entities or Persons
Case No.
#32519 v1

US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff PRIORITY RECORDS LLC: Capitol-Priority, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; LOUD RECORDS LLC; BMG MUSIC; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; and UMG RECORDINGS, INC.