AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION    [ ] APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; LOUD RECORDS LLC; BMG MUSIC; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; and UMG RECORDINGS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>[ ] Order   [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes   [ ] No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 138.202.250.81 2007-01-30 23:30:08 EST        **CASE ID#** 116571134

**P2P Network:** Gnutella        **Total Audio Files:** 958

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Korn | Blind | Korn | 201-939 |
| Interscope Records | Dr. Dre | Still D.R.E. | 2001 | 277-983 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| BMG Music | Busta Rhymes | What It Is | Genesis | 312-547 |
| LaFace Records LLC | Outkast | ATLiens | Atliens | 233-296 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Got The Life | Follow the Leader | 263-749 |
| Priority Records LLC | Ice Cube | Hello | War & Peace: Vol. 2 | 287-151 |
| UMG Recordings, Inc. | Ludacris | Catch Up | Back For the First Time | 289-433 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Ready Or Not | The Score | 222-005 |