IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERSCOPE RECORDS,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

               /

No. C 07-4869 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has scheduled a case management conference for Friday, March 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before February 29, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 20, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____

Barbara Espinoza
Courtroom Deputy