1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; SONY BMG MUSIC
7  ENTERTAINMENT; LOUD RECORDS LLC;
   BMG MUSIC; LAFACE RECORDS LLC;
8  PRIORITY RECORDS LLC; and UMG
   RECORDINGS, INC.
9

10
11                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION

13
14  INTERSCOPE RECORDS, a California general    CASE NO. 3:07-CV-04869-CRB
    partnership; SONY BMG MUSIC
15  ENTERTAINMENT, a Delaware general           **The Honorable Charles R. Breyer**
    partnership; LOUD RECORDS LLC, a
16  Delaware corporation; BMG MUSIC, a New      ***EX PARTE* APPLICATION TO CONTINUE
    York general partnership; LAFACE RECORDS    CASE MANAGEMENT CONFERENCE
17  LLC, a Delaware limited liability company;  AND [~~PROPOSED~~] ORDER**
    PRIORITY RECORDS LLC, a California
18  limited liability company; and UMG
    RECORDINGS, INC., a Delaware corporation,
19                        Plaintiffs,
20
            v.
21
22  JOHN DOE,
                        Defendant.
23
24
25
26
27
28

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04869-CRB
#35887 v1

1     Plaintiffs respectfully request that the Court continue the case management conference

2  currently set for March 7, 2008 at 8:30 a.m. to June 6, 2008.  As set forth in more detail below,

3  Plaintiffs only recently identified the Doe defendant in this case, and Plaintiffs are attempting to

4  contact the defendant and resolve the dispute before amending the Complaint to name him in the

5  lawsuit and serving process upon him.  In support of their request, Plaintiffs state as follows:

6     1.     Upon Plaintiffs' previous request, the Court issued a January 7, 2008 Order

7  continuing the initial case management conference to June 17, 2008 and extending the deadline for

8  service of process to May 2, 2008.  However, the June 17 case management conference was vacated

9  pursuant to the Court's Reassignment Order of February 15, 2008, and the conference was thereafter

10  reset for the currently scheduled date of March 7, 2008.

11     2.     Plaintiffs filed their Complaint for Copyright Infringement against Defendant John

12  Doe ("Defendant") on September 20, 2007.  Plaintiffs did not have sufficient identifying information

13  to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol

14  address assigned by Defendant's Internet Service Provider ("ISP").  Accordingly, in order to

15  determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave

16  to Take Immediate Discovery on September 20, 2007, requesting that the Court enter an Order

17  allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

18     3.     The Court entered an Order for Leave to take Immediate Discovery on January 3,

19  2008, which was promptly served upon the ISP along with a Rule 45 subpoena.  On February 21,

20  2008, the ISP responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information

21  including Defendant's name, telephone number, and address.

22     4.     After receiving the foregoing information from the ISP, Plaintiffs sent Defendant

23  written notification of their copyright infringement claim, and invited Defendant to contact Plaintiffs

24  and attempt to resolve the dispute.  If efforts to resolve the dispute fail, Plaintiffs plan to file a First

25  Amended Complaint naming Defendant individually and then proceed to serve process on him.

26  However, Plaintiffs wish to first give Defendant a reasonable period of time to contact Plaintiffs and

27  resolve this matter before naming him in the lawsuit.

28

1

5.     Given the foregoing circumstances, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for March 7, 2008 to June 6, 2008, or such other date as conveniences the Court.

6.     Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated:  February 27, 2008                                  HOLME ROBERTS & OWEN LLP

                                                           By: */s/ Matthew Franklin Jaksa*
                                                                MATTHEW FRANKLIN JAKSA
                                                                Attorney for Plaintiffs

## ~~[PROPOSED]~~ ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for March 7, 2008, at 8:30 a.m. be continued to June 6, 2008.

Dated:  _February 29, 2008_          By: _____



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

2

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04869-CRB
#35887 v1