| Attorney or Party without Attorney: <br> MATTHEW F. JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> *Telephone No:* 415-268-2000 <br><br> *Attorney for:* Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | *Ref. No. or File No.:* <br> INTERSCOPE, et al. | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court Northern District Of California | | | | | |
| *Plaintiff:* INTERSCOPE RECORDS, et al. | | | | | |
| *Defendant:* NEIL PACHECO | | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 3:07-CV-04869-CRB | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Contents Of Joint Case Management Statement; Welcome To The U.S. District Court; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Consent To Proceed Before A United States Magistrate Judge; Ecf Registration Information Handout; Certification Of Interested Entities Or Persons; Ex Parte Application For Leave To Take Immediate Discovery; Order Granting Ex Parte Application For Leave To Take Immediate Discovery; Order Granting Plaintiffs' Motion For Leave To Take Immediate Discovery; Order Regarding Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery; Civil Minutes - General; Order; Order Granting Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery; Ex Parte Application To Continue Case Management Conference And Order.

3. a. Party served: NEIL PACHECO

4. Address where the party was served: 2345 GOLDEN GATE AVENUE
   ROOM 429
   SAN FRANCISCO, CA 94118

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 25, 2008 (2) at: 10:01AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER
   
   d. **The Fee** for Service was:
   
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 190
      (iii) County: Marin

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Apr. 30, 2008

   Judicial Council Form POS-010           PROOF OF SERVICE              (DOUG SCHROEDER)
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT           6415334.holro.129472