1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; SONY BMG MUSIC
7  ENTERTAINMENT; LOUD RECORDS LLC;
   BMG MUSIC; LAFACE RECORDS LLC;
8  PRIORITY RECORDS LLC; and UMG
   RECORDINGS, INC.
9

10

11              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION

13

14 | INTERSCOPE RECORDS, a California general    | CASE NO. 3:07-CV-04869-CRB
   | partnership; SONY BMG MUSIC
15 | ENTERTAINMENT, a Delaware general           | The Honorable Charles R. Breyer
   | partnership; LOUD RECORDS LLC, a
16 | Delaware corporation; BMG MUSIC, a New      | STIPULATION TO CONTINUE CASE
   | York general partnership; LAFACE RECORDS    | MANAGEMENT CONFERENCE AND
17 | LLC, a Delaware limited liability company;  | EXTEND TIME FOR DEFENDANT TO
   | PRIORITY RECORDS LLC, a California          | ANSWER PLAINTIFFS' COMPLAINT
18 | limited liability company; and UMG          | AND [PROPOSED] ORDER
   | RECORDINGS, INC., a Delaware corporation,
19 |                       Plaintiffs,
20 |
21 |       v.
22 | NEIL PACHECO,
23 |                       Defendant.

24

25

26

27

28

Stipulation and [Proposed] Order
Case No. 3:07-cv-04869-CRB
#37428 v1

Plaintiffs Interscope Records, *et al.* and Defendant Neil Pacheco (collectively, the "Parties") stipulate to extend Defendant's time to answer the First Amended Complaint to June 4, 2008. The Parties further stipulate to a continuance of the initial case management conference from June 6, 2008 at 8:30 a.m. to July 25, 2008. In support of their request, the Parties represent as follows:

1. Plaintiffs filed their initial Complaint against a John Doe defendant on September 20, 2007. While this case was still in the Doe stage, the Court granted Plaintiffs' two previous requests to continue the case management conference, which was originally scheduled for January 8, 2008.

2. Plaintiffs filed the First Amended Complaint naming Neil Pacheco individually as the Defendant on April 11, 2008. Defendant was served with the Summons and First Amended Complaint on April 25, 2008, by personal service.

3. On May 13, 2008, Defendant and Plaintiffs' counsel spoke by telephone and discussed settlement of this matter. The Parties desire additional time to reach a settlement, and – should a settlement be reached – to finalize settlement documents and file appropriate dispositional documents with the Court.

4. Accordingly, the Parties have reached the following stipulation: (1) The Parties agree that the deadline for Defendant to answer the First Amended Complaint be extended 20 days to June 4, 2008; (2) The Parties further agree that the initial case management conference be continued from June 6, 2008, at 8:30 a.m., to July 25, 2008, at 8:30 a.m., or such other date as conveniences the Court. The Parties will file a Joint Case Management Statement no later than July 18, 2008.

Dated: May 19, 2008

HOLME ROBERTS & OWEN LLP
By: _____
Matthew Franklin Jaksa
Attorney for Plaintiffs

Dated: May 14, 2008

NEIL PACHECO
By: _____
*In propia persona*
Neil Pacheco

Stipulation and [Proposed] Order
Case No. 3:07-cv-04869-CRB
#37428 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Parties' Stipulation, **IT IS SO ORDERED.**

Dated: _____                    By: _____

                                                              Honorable Charles R. Breyer
                                                              United States District Judge