1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; SONY BMG MUSIC
7  ENTERTAINMENT; LOUD RECORDS LLC;
   BMG MUSIC; LAFACE RECORDS LLC;
8  PRIORITY RECORDS LLC; and UMG
9  RECORDINGS, INC.

10

11                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13

| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LOUD RECORDS LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; and UMG RECORDINGS, INC., a Delaware corporation, Plaintiffs, v. NEIL PACHECO, Defendant. | CASE NO. 3:07-CV-04869-CRB<br><br>The Honorable Charles R. Breyer<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER |
|---|---|

Stipulation and [Proposed] Order
Case No. 3:07-cv-04869-CRB
#37428 v1

1      Plaintiffs Interscope Records, *et al.* and Defendant Neil Pacheco (collectively, the "Parties") stipulate to extend Defendant's time to answer the First Amended Complaint to June 4, 2008. The Parties further stipulate to a continuance of the initial case management conference from June 6, 2008 at 8:30 a.m. to July 25, 2008. In support of their request, the Parties represent as follows:

    1.     Plaintiffs filed their initial Complaint against a John Doe defendant on September 20, 2007. While this case was still in the Doe stage, the Court granted Plaintiffs' two previous requests to continue the case management conference, which was originally scheduled for January 8, 2008.

    2.     Plaintiffs filed the First Amended Complaint naming Neil Pacheco individually as the Defendant on April 11, 2008. Defendant was served with the Summons and First Amended Complaint on April 25, 2008, by personal service.

    3.     On May 13, 2008, Defendant and Plaintiffs' counsel spoke by telephone and discussed settlement of this matter. The Parties desire additional time to reach a settlement, and – should a settlement be reached – to finalize settlement documents and file appropriate dispositional documents with the Court.

    4.     Accordingly, the Parties have reached the following stipulation: (1) The Parties agree that the deadline for Defendant to answer the First Amended Complaint be extended 20 days to June 4, 2008; (2) The Parties further agree that the initial case management conference be continued from June 6, 2008, at 8:30 a.m., to July 25, 2008, at 8:30 a.m., or such other date as conveniences the Court. The Parties will file a Joint Case Management Statement no later than July 18, 2008.

Dated: May 19, 2008

HOLME ROBERTS & OWEN LLP

By: _____
    Matthew Franklin Jaksa
    Attorney for Plaintiffs

Dated: May 14, 2008

NEIL PACHECO

By: _____
    *In propia persona*
    Neil Pacheco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Parties' Stipulation, **IT IS SO ORDERED**.

Dated: May 20, 2008            By: _____
                                   Honorable 
                                   Judge Charles R. Breyer

*IT IS SO ORDERED* — Judge Charles R. Breyer, United States District Court, Northern District of California