1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   INTERSCOPE RECORDS; SONY BMG
7  MUSIC ENTERTAINMENT; LOUD
   RECORDS LLC; BMG MUSIC; LAFACE
8  RECORDS LLC; PRIORITY RECORDS LLC;
   and UMG RECORDINGS, INC.
9

10
11                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14 | IINTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LOUD RECORDS LLC, a Delaware limited liabiity company; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation, | CASE NO.  3:07-CV-04869-CRB |
   | --- | --- |
   |   | **AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

                    Plaintiffs,

           v.

   NEIL PACHECO,
                    Defendant.

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:07-CV-04869-CRB
#38488 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff LOUD RECORDS, LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly traded, and Sony Corporation, which is publicly traded in the United States.

Plaintiff PRIORITY RECORDS LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:07-CV-04869-CRB
#38488 v1

1    Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
2 publicly held French company.

4 Dated: June 27, 2008                              HOLME ROBERTS & OWEN LLP

6                                                   By:  ___/s/ *Dawniell Zavala*_____
                                                         DAWNIELL ZAVALA
                                                         Attorney for Plaintiffs
                                                         I INTERSCOPE RECORDS; SONY
                                                         BMG MUSIC ENTERTAINMENT;
                                                         LOUD RECORDS LLC; BMG MUSIC;
                                                         LAFACE RECORDS LLC; PRIORITY
                                                         RECORDS LLC; and UMG
                                                         RECORDINGS, INC.

AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:07-CV-04869-CRB
#38488 v1