**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, | No. C 07-04869 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| NEIL PACHECO, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Monday, July 21, 2008 at 9:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  July 07, 2008                                              FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
   Barbara Espinoza
   Courtroom Deputy