Dawniell Alise Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; LOUD RECORDS LLC; BMG MUSIC; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LOUD RECORDS LLC, a Delaware corporation; BMG MUSIC, a New York general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NEIL PACHECO,<br>Defendant. | CASE NO. 3:07-CV-04869-CRB<br><br>**The Honorable Charles R. Breyer**<br><br>**PROOF OF SERVICE OF STIPULATION TO JUDGMENT AND PERMANENT INJUNCTION; [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION BASED ON STIPULATION; AND CLERK'S NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE** |

PROOF OF SERVICE OF STIPULATION, ET AL.
Case No. 3:07-CV-04869-CRB
#37843 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 9, 2008, I served the foregoing documents described as:

**(1) STIPULATION TO JUDGMENT AND PERMANENT INJUNCTION; (2) [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION BASED ON STIPULATION; AND (3) CLERK'S NOTICE RE INITIAL CASE MANAGEMENT CONFERENCE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Neil Pacheco**
> **University of San Francisco**
> **Phelan Hall Rm 429**
> **2345 Golden Gate Avenue**
> **San Francisco, CA 94118**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 9, 2008 at San Francisco, California.

*[signature: Sula Grant]*

1

PROOF OF SERVICE OF STIPULATION, ET AL.
Case No. 3:07-CV-04869-CRB
#37843 v1